JAMES S. ALLISON
5-1406
PO Box 926
Powell, Wyoming 82435
(307) 754-5749

ATTORNEY FOR THE DEBTOR(S)

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| In re | ) | |
| | ) | Case No. 14- 20143 |
| NICHOLAS D. RINGLER, and | ) | |
| MANDY RINGLER, | ) | CHAPTER 13 |
| | ) | |
| Debtor(s). | ) | |

## STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(A)(1)(B)(iv)

I, NICHOLAS D. RINGLER, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

XX a) I was not employed during the period immediately preceding the filing of the above-referenced case (I have not been employed since the beginning of October 2013);

____ b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition;

____ c) I am self-employed and do not receive any evidence of payment;

____ d) Other (Please Explain)

I declare under penalty of perjury that the foregoing statement is true and correct.

March 4, 2014.

NICHOLAS D. RINGLER, Debtor

## CERTIFICATE OF SERVICE

I, JAMES S. ALLISON, Attorney for the Debtor, served a copy of this Statement

Under Penalty of Perjury Concerning Payment Advices Due Pursuant to 11 U.S.C.

§521(A)A(1)(B)(iv), upon the Assistant US Trustee and the Chapter 13 Trustee, by

placing a copy in an envelope with the postage prepaid, addressed to each of them at the

following addresses:

Assistant U.S. Trustee
308 West 21st Street #203
Cheyenne, WY 82001-3663

Mark R. Stewart
Standing Chapter 13 Trustee
PO Box 865
Cheyenne, WY 82003-0865

which envelopes were deposited in the United States Mail at Powell, Wyoming on March 4,

2014.

/s/James S. Allison

_____

JAMES S. ALLISON

KB Masonry
2228 Steadman Street
Cody, WY 82414

*Nice Pay Stub Sept 2013* (handwritten)

FILED IN THE
US BANKRUPTCY COURT
DISTRICT OF WYOMING

2014 MAR -7 PM 1:00

TIM J. ELLIS, CLERK

BY_____
    DEPUTY CLERK

Nick Ringler

| Employee Pay Stub | | Check number: | | | Pay Period: 08/25/2013 - 09/07/2013 | Pay Date: 09/10/2013 |
|---|---|---|---|---|---|---|

| Employee | | | | | SSN | |
|---|---|---|---|---|---|---|
| Nick Ringler | | | | | ***-**-2855 | |

| Earnings and Hours | Qty | Rate | Current | YTD Amount | | |
|---|---|---|---|---|---|---|
| Hourly | 57.00 | 11.00 | 627.00 | 4,911.50 | | |

| Taxes | | | Current | YTD Amount | | |
|---|---|---|---|---|---|---|
| Federal Withholding | | | -31.00 | -235.00 | | |
| Social Security Employee | | | -38.87 | -304.51 | | |
| Medicare Employee | | | -9.09 | -71.22 | | |
| | | | -78.96 | -610.73 | | |

| Net Pay | | | 548.04 | 4,300.77 | | |

*Nick pay Stub*
*Sept 2013*

*Last day 9/21/13*

KB Masonry
2228 Steadman Street
Cody, WY 82414

Nick Ringler

| Employee Pay Stub | | Check number: | | | Pay Period: 09/08/2013 - 09/21/2013 | | Pay Date: 09/24/2013 |
|---|---|---|---|---|---|---|---|
| **Employee** | | | | | **SSN** | **Status (Fed/State)** | **Allowances/Extra** |
| Nick Ringler | | | | | ***-**-2855 | Married/(none) | Fed-0/0/WY-0/0 |

| Earnings and Hours | Qty | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hourly | 58:00 | 11.00 | 638.00 | 5,549.50 |
| **Taxes** | | | **Current** | **YTD Amount** |
| Federal Withholding | | | -32.00 | -267.00 |
| Social Security Employee | | | -39.56 | -344.07 |
| Medicare Employee | | | -9.25 | -80.47 |
| | | | -80.81 | -691.54 |
| **Net Pay** | | | **557.19** | **4,857.96** |

2/12/2014                PARENTAL OBLIGATION SUPPORT ENFORCE                 Page   1
3:58 PM                      Payment Record for Specified Obligation                CSE760P2

Name: BRADLEY S HAMMOND            Person ID:   383482   Obligation ID:   180610   Start Effective Date: 12/01/2013
NOTE: This report EXCLUDES abatements and other payments made by the Obligor for other Obligations

Docket ID(s): 11-25653

| ffc Dt | Pmt Amt | Pmt ID | Rcvd Dt | Receipted By | Check Number | E O F S D F | Refunded | Sent St | Disb CP | Oth St | St Rtnd | Oth St Fee Wth | Futures | Wrt Id | Wrt State | Issd Dt |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/10/14 | 251.00 | 7551828 | 02/10/14 | PARK | 7131 | X | 0.00 | 0.00 | 251.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 1/10/14 | 251.00 | 7528398 | 01/10/14 | PARK | 7100 | X | 0.00 | 0.00 | 251.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 014 Ttl | 502.00 | | | | | | 0.00 | 0.00 | 502.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 2/06/13 | 251.00 | 7501468 | 12/06/13 | PARK | 7088 | X | 0.00 | 0.00 | 251.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| 013 Ttl | 251.00 | | | | | | 0.00 | 0.00 | 251.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | |
| Total: | 753.00 | | | | | | 0.00 | 0.00 | 753.00 | 0.00 | 0.00 | 0.00 | 0.00 | Number of Payments: | | 3 |

```
                                    Total Paid:      753.00
                                    Total Refunded: -   0.00
                                                    ------------
                        Total dollars applied to obligation:  753.00
                                                    ============
```

--> Converted Payment, not processed through POSSE  R --> Payment Receipted, not processed yet  M --> Pending Month End Distribution at State

*Mandy Kingler*
*Pay History*

*Child Support Paid to*
*Mandy Ringler*

POWELL FIELD OFFICE
109 WEST 14TH

POWELL          WY  82435
307-754-2245

STATE OF WYOMING
DEPARTMENT OF
FAMILY SERVICES

CASE NUMBER: 00308265
CASELOAD ID: 011141
MAILING DATE: 131216

MANDY L. RINGLER                    15
555 Avenue D
Powell WY  82435-2403

              SNAP RECERTIFICATION-BY END OF MONTH
DEAR MANDY L. RINGLER
YOUR RECERTIFICATION FOR THE SUPPLEMENTAL NUTRITION ASSISTANCE PROGRAM
(SNAP), FORMERLY KNOWN AS FOOD STAMPS, RECEIVED ON 11/14/2013 HAS BEEN
APPROVED. YOUR CERTIFICATION PERIOD IS DECEMBER 2013 THROUGH MAY 2014.
BEGINNING WITH THE MONTH OF DECEMBER 2013, YOUR HOUSEHOLD WILL RECEIVE
$868.00 IN SNAP. THIS AMOUNT IS SUBJECT TO CHANGE DEPENDING ON CHANGES
IN YOUR HOUSEHOLD'S CIRCUMSTANCES DURING THE CERTIFICATION PERIOD.

PLEASE READ THE BACK OF THIS NOTICE FOR ADDITIONAL INFORMATION
REGARDING YOUR RIGHTS AND REPORTING RESPONSIBILITIES.

THIS ACTION IS BASED ON 7 CFR 273.14.

SNAP BENEFITS ARE MADE AVAILABLE ON THE WYOMING EBT (ELECTRONIC
BENEFIT TRANSFER) CARD. THIS CARD WILL BE MAILED TO YOU FROM JP MORGAN
CHASE. IF YOU HAVE QUESTIONS ABOUT YOUR WYOMING EBT CARD, YOU MAY
CONTACT CUSTOMER SERVICE TOLL FREE AT 1-877-290-9401 OR LOGON TO
WWW.UCARD.CHASE.COM.

*Food Stamps*

NOTICE #F103                    HOLLIE JONES

3\3\14

Mandy's 6 month Income for 26-180456

## September 2013

| | |
|---|---|
| Private Pay Monthly | $475.00 |
| Private Pay | $810.00 |
| State Pay 09/03-09/06 | $228.88 |
| State Pay 09/09-09/13 | $286.10 |
| State Pay 09/16-09/19 | $228.88 |
| State Pay 09/23-09/27 | $286.10 |
| State Pay 09/30 | $512.02 |
| September Food | $963.54 |
| **Total** | **$3790.52** |

## October 2013

| | |
|---|---|
| Private Pay Monthly | $550.00 |
| Private Pay | $790.00 |
| Private Pay | $11.00 |
| State Pay 10/01-10/04 | $221.84 |
| State Pay 10/07-10/11 | $236.58 |
| State Pay 10/21-10/25 | $348.90 |
| State Pay 10/01-10/18 | $343.00 |
| State Pay 10/28-10/31 | $279.12 |
| October Food | $1135.09 |
| **Total** | **$3915.53** |

**November 2013**

| | |
|---|---|
| Private Pay Monthly | $475.00 |
| Private Pay | $740.00 |
| Private Pay | $65.68 |
| State Pay 11/01-11/01 | $68.02 |
| State Pay 11/04-11/08 | $340.10 |
| State Pay 11/11-11/15 | $340.10 |
| State Pay 11/25-11/29 | $272.08 |
| November Food | $977.37 |
| **Total** | **$2938.25** |

**December 2013**

| | |
|---|---|
| Private Pay Monthly | $540.00 |
| Private Pay | $540.00 |
| Private Pay | $275.00 |
| State Pay 12/02-12/06 | $340.10 |
| State Pay 12/09-12/12 | $272.08 |
| State Pay 12/16-12/20 | $340.10 |
| State Pay 12/23-12/27 | $204.06 |
| State Pay 12/30-12/30 | $43.52 |
| December Food | $919.93 |
| **Total** | **$3474.79** |

**January 2014**

| | |
|---|---|
| Private Pay Monthly | $500.00 |
| Private Pay | $855.00 |
| State Pay 01/02-01/03 | $45.48 |
| State Pay 01/06-01/10 | $113.70 |
| State Pay 01/13-01/17 | $222.00 |
| State Pay 01/20-01/24 | $222.00 |
| State Pay 01/27-01/31 | $222.00 |
| January Food | $877.21 |
| **Total** | **$3057.39** |

**February 2014**

| | |
|---|---|
| Private Pay Monthly | $450.00 |
| Private Pay | $810.00 |
| State Pay 2/3-2/7 | $222.00 |
| State Pay 2/10-2/14 | $222.00 |
| State Pay 2/17-2/21 | $222.00 |
| State Pay 2/24-2/28 | $222.00 |
| February Food | $830.00 (Approximately, will know on Friday 2/28) |
| **Total** | **$2978.00** |