### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

#### Minutes of Proceeding

| Date: September 18, 2014 | | | Honorable Peter J. McNiff, Presiding |
|---|---|---|---|
| Time: 9:15 a.m. | To: 9:20 a.m. | Location: Teleconference | |

In re:  Nicholas David Ringler and Mandy Lane Ringler

Case No.  14-20143
Chapter 13

Debtor(s).

| | Appearances | | | |
|---|---|---|---|---|
| Trustee | | Counsel | | |
| Debtor(s) | | Counsel | **James Allison** | |
| Creditor(s) | **Wyoming Community Development Authority** | Counsel | **Danette Baldacci** | |

Proceedings:  Preliminary hearing on the motion for relief from stay filed Wyoming Community Development Authority and the Debtors' objection

[X]
Baldacci - Debtors were behind seven payments at the time their petition was filed. Debtors proposed in their plan to pay the arrear through the plan. They are currently delinquent from May to the present post-petition. At this time, as a plan is not confirmed, Debtors are delinquent $6,610.90.
Allison - Counsel reports that he has lost contact with his clients. Debtors will not respond to requests to contact counsel.

Orders:

| | | |
|---|---|---|
| [ ] | Relief sought:  [ ] Granted  [ ] Denied  [ ] Case Dismissed  [ ] Continued: | |
| [ ] | Matter taken under advisement | |
| [ ] | Formal order or judgment to enter  [ ] To be prepared | |
| [x] | These minutes constitute the court's official order in this matter | |

[X] The court has scheduled this for an evidentiary hearing for October 15, 2014. If debtors fail to appear or counsel files a pleading, the court will address it.

Date: September 18, 2014

FOR THE COURT:

By _Williams_

**FILED**
**TIM J. ELLIS, Clerk**

**SEP 1 8 2014**

**United States Bankruptcy Court**
**District of Wyoming**